IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | Cr606-026-08 |
| | ) | |
| MISTRELL ALVIN | ) | |

## ORDER

The Court has considered the motion of the surety in this matter for exoneration of the cash bond posted with the Court February 15, 2007. The defendant has been remanded to the custody of the United States Marshal's Service following his conviction by jury trial. The Motion is **GRANTED**.

The Clerk is directed to return the two thousand five hundred dollars ($2,500.00) to **Betty Bacon, 9395 Highway 169 North, Claxton, Georgia 30417**, together with any and all interest accrued thereupon.

SO ORDERED this 27 day of October, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia