IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
MISTRELL ALVIN,              *
                             *
     Petitioner,             *
                             *   CV 611-065
     v.                      *   (Formerly CR 606-026-8)
                             *
UNITED STATES OF AMERICA,    *
                             *
     Respondent.             *
```

O R D E R

Defendant Mistrell Alvin's motion for reconsideration (doc. 1657) is summarily **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA