IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MISTRELL ALVIN, | * |
| Petitioner, | * |
| v. | * CV 611-065 |
| | * (Formerly CR 606-026-8) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

O R D E R

Defendant Mistrell Alvin's motion for reconsideration (doc. 1657) is summarily **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA